Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Email: documents@phxfreshstart.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

AMY L GUARDADO,

Debtor.

Chapter: 13

Case No. 2:22-bk-06634-DPC

NOTICE OF HEARING ON OBJECTION TO TRUSTEE RECOMMENDATION

PLEASE TAKE NOTICE that on **April 17, 2023 at 01:30 PM, a hearing will be had on the Debtor's Objection to Trustee Recommendation.**

All appearances will be by via videoconference using Zoom for Government. Interested parties may appear at this videoconference hearing using one of the following options:

1. Open an internet browser window (Chrome is recommended) and navigate to https://www.zoomgov.com.

    a. Click on "Join a Meeting" and enter the **Meeting ID: 160 528 9889**. Follow on−screen instructions, including entering your full name (First, Last), and entering the **Passcode: 479849**.

    b. Click on the Videoconference Hearing link: https://www.zoomgov.com/j/1605289889?pwd=eGdIYjhhY2ViaXFvMHJXeDZoUTVQQT09.

2. Follow the on−screen instructions, and ensure that your full name (First, Last) is displayed for the record.

The Court expects all parties to appear by video. If a video connection is not possible, parties may appear via audio only by calling 877-873-8018, access code 7217155.

Dated: February 23, 2023

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018

## CERTIFICATE OF SERVICE

Original of the foregoing filed ECF and Copies mailed/emailed on this 23rd day of February 2023 to:

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Russell Brown, Trustee
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1965
mail@ch13bk.com

Creditors appearing on
the Master Mailing List

/s/ Tom McAvity